RECEIVED
USDC, WESTERN DISTRICT OF LOUISIANA
TONY R. MOORE, CLERK
DATE 9/20/11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| JEAN BLAISE | * | CIVIL ACTION NO. 11-0494 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JOHN SMITH (WARDEN) | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned Petition for Writ of *Habeas Corpus* is hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction and for failure to prosecute.

MONROE, LOUISIANA, this **20** day of **September** 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE